IVINSON *v*. THE TERRITORY OF WYOMING.

ERROR to Laramie County, First District Court.

Proceedings in error dismissed for the same reasons given in the preceding cases of *Murrin* v. *Ullman* and *Geer* v. *Murrin*.

*Corlett & Brown*, for plaintiff in error.

*Downey & Carey*, for defendant in error.

---

ROGERS *v*. LOWRY & UPTON.

ERROR to First District Court, Laramie County.

*J. W. Cook & W. W. Corlett*, for plaintiff in error.

*Thomas J. Street*, for defendant in error.

The same decision was rendered by the court, and for the same reasons, as stated in the preceding cases of *Murrin* v. *Ullman* and *Geer* v. *Murrin*.